**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on September 29, 2023**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 23–12111–RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

ELMM Hospitality Corp.
dba Draft SZN

8310 SW 28 St
Miami, FL 33155

EIN: 87–2035342

# FINAL DECREE

The trustee, Maria Yip, having filed a final report that the estate has been fully administered, is discharged and the case is closed.